Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Luis G. Seagraves, Jr.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS G. SEAGRAVES, JR.,**<br><br>PLAINTIFF,<br>V.<br><br>**CALIFORNIA SERVICE BUREAU, INC.; and the LAW OFFICES OF MICHAEL K. SIPES,**<br><br>DEFENDANT. | Case No: 3:15-CV-00780-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. JACQUELINE SCOTT CORLEY** |

Plaintiff LUIS G. SEAGRAVES, JR. hereby moves this Court to dismiss the above entitled action with prejudice.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice. This court retains jurisdiction for purposes of settlement.

Dated: May 11, 2015                              **HYDE & SWIGART**

                                                 By: s/Crosby S. Connolly
                                                 Crosby S. Connolly
                                                 Attorney for Plaintiff