# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS G. SEAGRAVES, JR.,<br><br>　　　　　　Plaintiff,<br>v.<br><br>CALIFORNIA BUSINESS BUREAU, INC.; and the LAW OFFICES OF MICHAEL K. SIPES,<br><br>　　　　　　Defendants. | Case No: 3:15-CV-00780-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. JACQUELINE SCOTT CORLEY |

　　　Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice.  This court retains jurisdiction for purposes of settlement.

　　　IT IS SO ORDERED.

Dated: May 19, 2015

*/s/ Jacqueline Scott Corley*
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE